UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>)<br>v.                                                        )<br>)<br>PHILIP G. GAGE,                           )<br>)<br>           DEFENDANT           ) | CRIMINAL NO. 2:14-CR-20-DBH |

ORDER GRANTING AMENDED MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE PURSUANT TO
28 U.S.C. § 2255

Without objection, I **GRANT** the Amended Motion to Vacate, Set Aside or Correct Sentence (ECF No. 60) as a result of Johnson v. United States, 135 S. Ct. 2551 (2015), and **ADOPT** the parties' Joint Sentencing Recommendation reflected in ECF No. 69. That recommendation reflects the newly calculated Guideline sentence as presented by the Probation Office Memorandum of June 8, 2016.

**SO ORDERED.**

**DATED THIS 14TH DAY OF JULY, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**